**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40143
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JESSE GEORGE TAYLOR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:96-CR-22-21)
_____

April 13, 1998


Before GARWOOD, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In this direct criminal appeal Taylor argues that the district

court erred by:

> 1.  sentencing him based on distribution of crack
> cocaine instead of powder cocaine;

> 2. allowing Taylor's post-guilty plea statements to
> be used at sentencing to establish his base offense
> level;

> 3. allowing a co-conspirator's hearsay statement to
> be used at sentencing to establish his base offense
> level.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After reading the briefs and reviewing pertinent portions of the record, we are persuaded that the district court committed no reversible error.

AFFIRMED.